THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| HUTCHESON MEDICAL CENTER, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONEBEACON AMERICA INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | Civil Case No. 1:13-CV-123 <br><br> Judge Curtis L. Collier |

## ORDER

The Court's file reflects Plaintiff has filed a petition for relief under the provisions of Title 11 United States Code in the United States Bankruptcy Court for the Eastern District of Tennessee. Accordingly, this action is subject to the automatic stay provisions of 11 U.S.C. § 362. As this case has been automatically stayed under 11 U.S.C. § 362, pursuant to the policies and procedures of the Administrative Office of the United States Courts, it is **ORDERED** this action is closed and removed as a statistically pending matter from the active docket of this Court.

The Clerk of the Court is directed to submit a JS-6 report to the Administrative Office of the U.S. Courts on this case. However, nothing contained in this Order shall be considered a dismissal or disposition of this matter, and should further proceedings in this matter become necessary or desirable, any party may initiate it in the same manner as if this Order has not been entered.

**SO ORDERED**.

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**